PANISH SHEA & BOYLE LLP
RAHUL RAVIPUDI, State Bar No. 204519
  *ravipudi@psblaw.com*
JESSE MAX CREED, State Bar No. 272595
  *creed@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

MILLER ADVOCACY GROUP PC
MARCI LERNER MILLER, State Bar No. 162790
  *marci@milleradvocacy.com*
1303 Avocado Ave., Suite 230
Newport, CA 92660
Telephone: (949) 706-9734

Attorneys for Plaintiffs and Plaintiff-Intervenor

PUBLIC JUSTICE
JENNIFER D. BENNETT, State Bar No. 296726
  *jbennett@publicjustice.net*
475 14th St., Suite 610
Oakland, CA 94612
Telephone: (510) 622-8150

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HALIE BLOOM, *et al.*, and all others similarly situated.<br><br>    Plaintiffs,<br><br>    v.<br><br>ACT, INC., a corporation, and DOES 1-100.<br><br>    Defendant.<br><br>JAQUEL PITTS, an individual, and all others similarly situated,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>ACT, INC., a corporation, and DOES 1-100.,<br><br>    Defendant. | Case No.: CV 18-6749-GW-KSx<br><br>District Judge George H. Wu; Magistrate Judge Karen L. Stevenson<br><br>**ORDER REGARDING STIPULATION TO EXTEND DEADLINE FOR PAYMENT OF DISTRIBUTIONS TO CLASS MEMBERS AND SERVICE AWARDS TO CLASS REPRESENTATIVES** |

The Court hereby GRANTS the Stipulation to Extend Deadline for Payment of Distribution to Class Members, and ORDERS as follows:

1. The deadline for making distributions of payments to Eligible Claimants under Paragraph 5(f)(i) of the Settlement Agreement and Service Awards to Class Representatives, ECF No. 276-3, shall be extended to July 1, 2021.

2. No terms or conditions of the Final Judgment and Consent Decree or the Settlement Agreement are modified except as provided herein.

DATED: June 1, 2021

_____
HON. GEORGE H. WU,
United States District Judge