| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 20 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HALIE BLOOM; et al.,

        Plaintiffs-Appellants,

 v.

ACT, INC.,

        Defendant-Appellee.

No.   19-55628

D.C. No. 2:18-cv-06749-GW-KS
Central District of California,
Los Angeles

ORDER

The parties' stipulated motion (Docket Entry No. 65) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court serves as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo